**STATE of Missouri, Respondent,**

v.

**Rodnie STEWART, Appellant.**

**No. WD 34921.**

Missouri Court of Appeals,
Western District.

Jan. 3, 1984.

Gregory P. Robinson, Sp. Asst. Public Defender, Fayette, for appellant.

John Ashcroft, Atty. Gen., Kristie Lynne Green, Asst. Atty. Gen., Bruce Farmer, Asst. Atty. Gen., (on briefs), Jefferson City, for respondent.

Before PRITCHARD, P.J., and SHANGLER and BERREY, JJ.

PER CURIAM:

## ORDER

This is a direct appeal from a jury conviction for escape from confinement, in violation of Section 575.210, RSMo 1978.

No jurisprudential purpose would be served by written opinion.

Judgment affirmed. All concur.

Rule 30.25(b).